UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>          Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> REAL PROPERTY LOCATED AT 1215 ) <br> OLD HIGHWAY 99 NORTH ROAD, ) <br> BELLINGHAM, WASHINGTON, et al ) <br> ) <br>          Defendant. ) <br> _____) | Case No. C03-3241L <br><br> STIPULATED SETTLEMENT AGREEMENT |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America, and claimant, Geoffrey Newman, by and through their respective attorneys, to compromise and settle Geoffrey Newman's claim of interest in the following properties:

1. Real property located at 1215 Old Highway 99 North Road, Bellingham, Washington, Skagit County Parcel No. P49046;

2. Real property described as Skagit County Parcel No. P49045, Washington;

3. Real property described as Skagit County Parcel No. P49053, Washington;

4. Real property described as Skagit County Parcel No. P49054, Washington;

5. Real property described as Skagit County Parcel No. P49066, Washington;

6. Real property described as Whatcom County Parcel No. 370429 145022 0000, Washington, Glenhaven Lakes Div. 3, Block 4, Lot 4;

7. Real property described as Whatcom County Parcel No. 370429 146026 0000, Washington, Glenhaven Lakes Div. 3, Block 4, Lot 5;

STIPULATED SETTLEMENT AGREEMENT
(C03-3241) US v. Real Property Located at 1215 Old
Highway 99 North Road, et al            - 1 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

8. Real property described as Whatcom County Parcel No. 370429 146035 0000, Washington, Glenhaven Lakes Div. 3, Block 4, Lot 6;

9. Real property described as Whatcom County Parcel No. 370429 148042 0000, Washington, Glenhaven Lakes Div. 3, Block 4, Lot 7, also known as 515 Lakeside Drive, Sedro Wooley, Washington;

10. Real property described as Whatcom County Parcel No. 370429 169029 0000, Washington, Glenhaven Lakes Div. 3, Block 3, Lot 5;

11. Real property described as Whatcom County Parcel No. 370429 164024 0000, Washington, Glenhaven Lakes Div. 3, Block 3, Lot 4, also known as 514 Lakeside Drive, Sedro Wooley, Washington;

12. Real property described as Whatcom County Parcel No. 390708 381403 0000, Washington, Mt. Baker Rim Div. 1, Block 4, Lot 15, also known as 14015 Tower Lane, Glacier, Washington; and

13. Various items of personal property identified in the Amended Complaint.

This stipulated settlement agreement is entered into between the parties pursuant to the following terms:

1. The United States filed a Verified Complaint for Forfeiture in rem against the above listed pieces of real property on October 28, 2003.

2. On or about September 15, 2004, Geoffrey Newman filed a Claim of Interest to the defendant real properties.

3. The United States and claimant Geoffrey Newman agree to settle for the forfeiture of $212,500.00 to be paid to the United States in lieu of forfeiture of the defendant real properties.

4. The $212,500.00 is to be paid by Geoffrey Newman to the United States within fifteen (15) months of the date of entry of this settlement agreement and its approval by the Court. The money is to be paid by cashier's check made payable to the United States Department of Treasury.

5. The United States agrees to immediately release its Lis Pendens on all of the defendant

STIPULATED SETTLEMENT AGREEMENT
(C03-3241) US v. Real Property Located at 1215 Old
Highway 99 North Road, et al                - 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

real properties, with the exception of the real property known as 514 Lakeside Drive, Sedro Wooley, Washington.[1] The United States will maintain its Lis Pendens on this property until the $212,500.00 is paid in full. In the event that claimant Newman does not pay the $212,500.00 within fifteen (15) months, under the terms of this settlement agreement, claimant Newman agrees to forfeit the real property known as 514 Lakeside Drive, Sedro Wooley, Washington, to the United States. The United States will then move forward with the sale of 514 Lakeside Drive. Out of the net sale proceeds of the property at 514 Lakeside Drive, Sedro Wooley, and after all costs of sale are paid, the United States will retain $212,500.00 as well as any and all costs incurred by the United States to maintain the property and prepare it for sale. Any remaining proceeds would be paid by the United States to claimant Newman.[2]

6. The parties also agree that claimant Newman will pay the storage costs for three items of personal property that were added to the Amended Complaint. In exchange, the United States will return those items to Mr. Newman upon payment and will not forfeit them. Those items are a Hitachi Excavator EX 120, VIN 12N3102 (storage costs of $7704.22); 1978 Porsche 930 CPEX, 9308800031 (storage costs of $7173.20); and a 1987 Ford 9000 Dump Truck, VIN 1FDZV90X0GVA35983 (storage costs of $7630.26). The money is to be paid by cashier's check made payable to EG&G, property custodian for Customs and Border Protection.

7. All remaining items of personal property set forth in the Amended Complaint herein, and listed on attachment A hereto, will be forfeited to the United States.

8. Geoffrey Newman agrees that this stipulated settlement agreement shall constitute full settlement and satisfaction of any and all claims by Geoffrey Newman and the United

---

[1] Because the real properties are being released and will not be subject to forfeiture to the United States, the interest of all of the lien holders in these properties will not be impacted by the settlement. It is the intent of claimant Newman to sell as many of the properties as necessary to pay the government in a timely manner. All liens will be paid at the time of sale, in order to pass clear title to the buyers of the properties.

[2] The real property at 514 Lakeside Drive, Sedro Wooley, Washington, is owned free and clear by Geoffrey Newman. There are no outstanding mortgage loans secured by this property and Geoffrey Newman is the only claimant to this property.

STIPULATED SETTLEMENT AGREEMENT
(C03-3241) US v. Real Property Located at 1215 Old
Highway 99 North Road, et al          - 3 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

States to the above-described real properties and items of personal property, resulting from the incidents or circumstances giving rise to this action.

9. Claimant Geoffrey Newman agrees to release and hold harmless the United States, the United States Department of Justice, the United States Immigration and Customs Enforcement and Customs and Border Protection, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by Geoffrey Newman and his agents which currently exist or which may arise as a result of the United States' forfeiture action against the defendant real properties and items of personal property.

10. The United States will file a proposed judgment with regard to all items of personal property being forfeited pursuant to the terms of this settlement stipulation within ten days of approval of the stipulation by the Court. The government will file a proposed

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

STIPULATED SETTLEMENT AGREEMENT
(C03-3241) US v. Real Property Located at 1215 Old
Highway 99 North Road, et al      - 4 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

judgment with respect to the $212,500.00 to be forfeited in lieu of the defendant properties within ten days of the date of payment of all funds due to the government.

DATED this   14th   day of   June  , 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney


  s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-4132
206-553-6934 fax
Richard.E.Cohen@usdoj.gov


  s/Richard Troberman

RICHARD TROBERMAN
Attorney for Geoffrey Newman
520 Pike Street, Suite 2510
Seattle, Washington 98101
206-343-1111
206-340-1936 fax


  s/Geoffrey Newman

GEOFFREY NEWMAN
Claimant

STIPULATED SETTLEMENT AGREEMENT
(C03-3241) US v. Real Property Located at 1215 Old
Highway 99 North Road, et al      - 5 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## ORDER

**This Stipulated Settlement Agreement is hereby approved.**

**DATED this 15th day of June, 2006.**

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

 s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
206 553-2242
206 553-6934 (fax)
Richard.E.Cohen@usdoj.gov

STIPULATED SETTLEMENT AGREEMENT
(C03-3241) US v. Real Property Located at 1215 Old
Highway 99 North Road, et al            - 6 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970